Chapter 11
Adversary Proceeding: 18-01091
Judge Melvin S. Hoffman

## CERTIFICATE OF SERVICE

I, Christopher M. Condon (name), certify that service of this summons and a copy of the complaint was made : 7/10/18 (date) by:

Acceptance of counsel to Defendant, Round Hill Investments LLC (see attached)

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

7/16/18
Date

Signature

| | |
|---|---|
| Christopher M. Condon, Esq. | |
| Print Name | Murphy & King, P.C. |
| Business Address | One Beacon Street |
| City | State    Zip |
| Boston, MA 02108 | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>NEW ENGLAND CONFECTIONERY COMPANY, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11217-MSH |
| HAROLD B. MURPHY, CHAPTER 11 TRUSTEE OF NEW ENGLAND CONFECTIONERY COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROUND HILL INVESTMENTS LLC,<br><br>Defendant. | Adversary Proceeding<br>No. 18-01091-MSH |

## ACCEPTANCE OF SERVICE

I, Alan L. Braunstein, being duly authorized, have this 10th day of July, 2018, accepted service of process of the Summons and Complaint issued in the above-captioned Adversary Proceeding on behalf of Round Hill Investments LLC.

All rights reserved.

Alan L. Braunstein
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA 02108
617.523.9000
abraunstein@riemerlaw.com