**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re**<br>**NEW ENGLAND CONFECTIONERY COMPANY, INC.**<br>　　　　　　　　　　**Debtor.** | **Chapter 11**<br><br>**Case No. 18-11217-MSH** |
| **HAROLD B. MURPHY,**<br>**CHAPTER 11 TRUSTEE OF**<br>**NEW ENGLAND CONFECTIONERY COMPANY, INC.,**<br>　　　　　　　　　　**Plaintiff,**<br><br>**v.**<br><br>**ROUND HILL INVESTMENTS LLC,**<br>　　　　　　　　　　**Defendant.** | **Adversary Proceeding**<br>**No. 18-01091-MSH** |

**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT**
**TO EXTEND TIME TO RESPOND TO COMPLAINT**

The Plaintiff, Harold B. Murphy, Chapter 11 Trustee of New England Confectionery Company, Inc. and the Defendant Round Hill Investments LLC by and through counsel, hereby stipulate and agree that Defendant shall have up to and including August 8, 2018 to answer, move or otherwise plead in response to the Plaintiff's Complaint in this action.

RESPECTFULLY SUBMITTED this 2nd day of August, 2018.

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF,<br>HAROLD B. MURPHY,<br>CHAPTER 11 TRUSTEE, | ATTORNEYS FOR DEFENDANT<br>ROUND HILL INVESTMENTS LLC |
| By its Attorney,<br>MURPHY & KING, Professional Corporation | By Its Attorneys,<br>RIEMER & BRAUNSTEIN LLP |
| */s/ Charles R. Bennett*<br>Charles R. Bennett (BBO #037380)<br>MURPHY & KING, Professional Corporation<br>One Beacon Street<br>Boston, Massachusetts 02180<br>Tel: (617) 423-0400<br>cbennett@murphyking.com | */s/  Alan L. Braunstein*<br>Alan L. Braunstein (BBO #546042)<br>Riemer & Braunstein LLP<br>Three Center Plaza, 6th Floor<br>Boston, Massachusetts 02108<br>Tel: (617) 880-3516<br>abraunstein@riemerlaw.com |

2353139.1